UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISLAMIC RELIEF USA,

                              Plaintiff,

          -   against   -

ISLAMIC RELIEF WORLDWIDE, INC.,

                              Defendant.

Civil Action No.: 1:26-cv-2367

**NOTICE OF APPEARANCE**

---

To the Clerk of Court and all parties of record:

       I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff

Islamic Relief USA.


Dated:  New York, New York
        March 27, 2026

                                        Respectfully submitted,

                                        */s/ Marc Frazier Scholl*
                                        Marc Frazier Scholl
                                        SDNY Bar No. MS-9537
                                        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                        10 Grand Central
                                        155 E. 44th St., 25th Floor
                                        New York, New York 10017
                                        Tel: (646) 965-8829
                                        Fax: (212) 826-7146
                                        marc.scholl@lbkmlaw.com
                                        *Counsel for Plaintiff Islamic Relief USA*

1