
LOWELL AND ASSOCIATES, PLLC

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116

Abbe David Lowell, Esq.
ADLowell@lowellandassociates.com

April 10, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Islamic Relief USA v. Islamic Relief Worldwide*, No. 1:26-cv-2367 (PAE)

Dear Judge Engelmayer:

We represent Defendant Islamic Relief Worldwide ("IRW") in the above-captioned lawsuit. We write to request a one-week extension of IRW's deadline for responding to the complaint, which is currently set for April 16, 2026. IRW has not sought any previous extensions. It requests this one-week extension, until April 23, 2026, to give it additional time to evaluate the allegations in the complaint and to accommodate a previously planned vacation during the week of April 12. Plaintiff Islamic Relief USA does not object to the requested extension.

We thank Your Honor for considering this request.

Sincerely,

Abbe David Lowell
Founding Partner
Lowell & Associates, PLLC

cc:    Arthur D. Middlemiss
Marc F. Scholl
Lewis Baach Kaufmann Middlemiss PLLC

GRANTED.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2026
New York, New York