**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISLAMIC RELIEF USA,<br><br>     *Plaintiff*,<br><br>   *v.*<br><br>ISLAMIC RELIEF WORLDWIDE, INC.,<br><br>     *Defendant*. | Civil Action No. 1:26-cv-02367-PAE<br><br>**Hearing Requested** |

**DEFENDANT ISLAMIC RELIEF WORLDWIDE, INC.'S NOTICE OF**
**MOTIONS TO COMPEL ARBITRATION OR DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Abbe D. Lowell and the attached exhibits, and all prior pleadings and proceedings in this case, Defendant Islamic Relief Worldwide, Inc. will move this Court for an Order compelling arbitration under 9 U.S.C. §§ 2-4, 202-208 or dismissing Plaintiff Islamic Relief USA's complaint under Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Defendant respectfully requests that oral argument on these motions be held on a date and at a time designated by the Court.

Dated: April 23, 2026        Respectfully Submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell
Caleb Hayes-Deats
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com

*Attorneys for IRW*