UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISLAMIC RELIEF USA,

                              Plaintiff,                    26 Civ. 2367 (PAE)

                   -v-

ISLAMIC RELIEF WORLDWIDE, INC.,                             ORDER

                              Defendant.

PAUL A. ENGELMAYER, District Judge:

On April 23, 2026, defendant filed a motion to dismiss the complaint under Rule 12 of

the Federal Rules of Civil Procedure.  Dkts. 12–14.  Under Rule 15(a)(1)(B), a plaintiff has 21

days after the service of a motion under Rule 12(b) to amend its complaint once as a matter of

course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

May 14, 2026.  No further opportunities to amend will ordinarily be granted.  If plaintiff does

amend, by June 4, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that defendant relies on the previously

filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by May 14, 2026.  A reply from defendant shall be served by

May 28, 2026.  At the time any reply is served, the moving party shall supply the Court with a

---

[1] If defendant files a new motion to dismiss or rely on their previous motion, an opposition from
plaintiff will be due 14 days thereafter, and a reply from defendant will be due seven days after
that.

courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to

EngelmayerNYSDChambers@nysd.uscourts.gov.


SO ORDERED.


_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 24, 2026
         New York, New York

2