# EXHIBIT A

JASON SMITH
MISSOURI,
*CHAIRMAN*

MARK ROMAN, STAFF DIRECTOR
(202) 225–3625

RICHARD E. NEAL
MASSACHUSETTS,
*RANKING MEMBER*

BRANDON CASEY, STAFF DIRECTOR
(202) 225–4021

# U.S. House of Representatives

### COMMITTEE ON WAYS AND MEANS

1139 LONGWORTH HOUSE OFFICE BUILDING

### Washington, DC 20515

September 24, 2024

The Honorable Daniel Werfel
Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

Dear Commissioner Werfel:

I write today to refer Islamic Relief USA ("IRUSA"), an American-based 501(c)(3) tax-exempt organization, for investigation and ultimately revocation of its tax-exempt status. IRUSA, in conjunction with its affiliated organization Islamic Relief Worldwide ("IRW"), has engaged in conduct that appears to provide support for a designated terrorist organization and other conduct designed to incite chaos in a way that is contrary to the public good, despite its stated tax-exempt purpose of alleviating poverty and suffering in the world. This conduct is designed to sow discord in our society, has involved support of illegal activities, and certainly is not in furtherance of any tax-exempt purpose.

As you know, section 7803 of the Internal Revenue Code ("IRC") grants the Commissioner of the Internal Revenue Service ("IRS") the authority to execute and apply internal revenue laws,[1] including section 501 of the IRC's requirements and prohibitions. Pursuant to section 501(c)(3), tax-exempt organizations must be organized and operated exclusively for a tax-exempt purpose, which includes charitable, educational, literary, and other purposes.[2] However, if a nonprofit organization conducts substantial activities that do not further its exempt purposes, such activity may result in the loss of the organization's tax-exemption.[3]

Tax-exempt organizations must meet other requirements to maintain their tax-exempt status. For example, under section 501(c)(3) of the IRC, organizations seeking to receive an exemption from federal taxes are prohibited from certain activity, including being involved in certain types of political activity.[4] In addition to the prohibitions of section 501, the IRS has also noted that violations of the law are an "antithesis of the public good" and, as such, may be a bar to tax-exemption.[5] Not only has the IRS found conducting illegal activities to be inconsistent

---

[1] *See* 26 U.S.C. § 7803.
[2] *See* 26 U.S.C. § 501(c)(3).
[3] Better Business Bureau of Washington, D.C. v. United States, 326 U.S. 279, 283 (1945).
[4] *See* 26 U.S.C. § 501(c)(3).
[5] Internal Revenue Service, Revenue Ruling 75-384, https://www.irs.gov/pub/irs-tege/eotopicj85.pdf.

Letter to The Honorable Commissioner Werfel
September 24, 2024
Page 2

with tax-exemption, but it has stated that the "planning and sponsoring of such activities are also incompatible with charity and social welfare."[6]

For example, while mass demonstrations and other confrontational activities are generally permissible under section 501, the IRS previously found that an organization that sponsored protests where members were pressed to commit acts of civil disobedience "did not qualify for IRC 501(c)(3) or (4) exemption."[7] When determining whether these types of demonstrations are consistent with IRC section 501(c)(3), the IRS has historically implemented a three-part test which states that such activities are permissible if: (1) the organization's tax-exempt purpose is charitable; (2) the activities are not illegal, contrary to established public policy, or in conflict with statutory restrictions; and (3) the activities further the organization's exempt purpose and are reasonably related to the accomplishment of that purpose.[8]

Additionally, under Section 501(p) of the Internal Revenue Code, organizations which have been designated as terrorist organizations cannot maintain tax-exempt status, and the IRS has revoked the tax-exempt status of terrorist organizations.[9] Along with the prohibition on tax-exempt status for terrorist organizations themselves, the IRS also previously revoked the tax-exempt status of organizations that could not show that it directed funding exclusively for charitable purposes as required under the IRC.[10]

Aside from restrictions on conducting illegal activity and acts supporting or promoting civil disobedience, Internal Revenue Manual ("IRM") Part 7, Chapter 20, Section 6, asserts that "[c]ases involving grants or activities in foreign countries present a higher risk of terrorism, especially in countries where there is war and civil unrest."[11] Given the language of the IRC, IRM, and previous IRS revenue rulings, I am referring IRUSA, in conjunction with the associated organization IRW, to the IRS based on the facts and reasons stated in the appendix attached below.

As such, I ask that you use your authority to make this and similar referrals a top priority and make certain the IRS moves as quickly as possible to examine this activity and revoke the tax-exempt status of Islamic Relief USA. Operating at the agency's historically slow pace is not acceptable given what is occurring in our streets and on our college campuses. The IRS must act quickly to address these serious issues. Thank you in advance for your time, cooperation, and response. If you have any questions, please contact Ways and Means Majority staff at (202) 225-3625.

---

[6] *Id.*

[7] *Id.*

[8] Internal Revenue Service, Revenue Ruling 80-278, https://www.irs.gov/pub/irs-tege/rr80-278.pdf.

[9] Justin Chung, *Suspending the Tax-Exempt Status of Terrorist and Terrorist Supporting Organizations: H.R. 6408 in Context*, CONGRESSIONAL RESEARCH SERVICE (June 7, 2024), https://crsreports.congress.gov/product/pdf/LSB/LSB11176.

[10] Internal Revenue Service Determination Letter, Release Number 201712014 (March 24, 2017), https://www.irs.gov/pub/irs-wd/201712014.pdf.

[11] Internal Revenue Manual, Part 7, Chapter 20, Section 6.2.1.2 (07-07-2022), https://www.irs.gov/irm/part7/irm_07-020-006.

Letter to The Honorable Commissioner Werfel
September 24, 2024
Page 3

Sincerely,

Jason Smith
Chairman
Committee on Ways and Means

Attachment 1 – Appendix

## **Islamic Relief USA (IRUSA) / Islamic Relief Worldwide (IRW): Relevant Facts**

### **Introduction**

Islamic Relief Worldwide ("IRW") is an international organization that describes itself as a faith-inspired humanitarian and development agency working to save and transform the lives of the most vulnerable people that operates in over 45 countries including with affiliate organizations in those countries.[12]

### **Islamic Relief USA**

IRW operates in the U.S. through its 501(c)(3) affiliate called Islamic Relief USA ("IRUSA").[13] In 2022, the largest contribution to IRW's income, £67 million, was provided by IRUSA.[14] IRUSA was the largest contributor accounting for 29 percent of IRW's total income in 2022.[15] In addition, IRUSA contributed £54.3 million to IRW in 2021, which accounted for approximately 44 percent of IRW's income in 2021.[16] Thus, despite being registered as a separate, independent legal entity from IRW, and trying to distance itself from IRW to avoid negative publicity, IRUSA is an IRW member who raises and funnels significant funds to IRW to be applied to IRW projects.[17]

### **Israel**

In 2014, Israel's Defense Minister declared IRW to be illegal based on its role in allegedly funneling money to Hamas.[18] Despite Israel's ban on IRW operating in Gaza and the West Bank, the IRW announced in late 2014 that they were going to defy the ban and continue working in Gaza and the West Bank after insisting that no money was funneled to Hamas.[19] In 2016, the Federal Bureau of Investigation ("FBI"), IRS, and Office of Personnel Management reportedly "put together a criminal case relating to Islamic Relief."[20] In 2016, the HSBC bank

---

[12] Islamic Relief Worldwide, About Us, https://islamic-relief.org/about-us/.

[13] Islamic Relief USA, Awards and Accreditation, https://irusa.org/awards-accreditation/.

[14] Islamic Relief Worldwide, Annual Report and Financial Statements (last accessed Nov. 1, 2023), https://islamic-relief.org/wp-content/uploads/2023/06/IRW-AR2022-Web.pdf.

[15] *Id.*

[16] *Id.*

[17] *Id.*

[18] Reuters Staff, *Israel Bans UK-Based Muslim Charity Accused of Funding Hamas*, REUTERS (June 19, 2014), https://www.reuters.com/article/uk-palestinians-israel-charities/israel-bans-uk-based-muslim-charity-accused-of-funding-hamas-idUKKBN0EU1FE20140619.

[19] Randeep Ramesh, *Islamic Relief defies Israeli ban and continues operations in Palestine*, THE GUARDIAN (Dec. 11, 2014), https://www.theguardian.com/society/2014/dec/11/islamic-relief-charity-palestine-work-continues-israel.

[20] Islamic Relief, Middle East Forum, (last accessed Nov. 1, 2023), https://www.meforum.org/MiddleEastForum/media/MEFLibrary/pdf/Islamic-Relief-Dossier-v3.pdf.

Attachment 1 – Appendix

announced that it was ending all links to IRW amid concerns that funding could end up in the hands of terrorist groups abroad.[21] Credit Suisse and UBS have cut ties with IRW as well.[22]

In December 2020, the U.S. State Department cut ties with IRW due to repeated exhibitions of antisemitism by IRW's leadership.[23] Earlier in 2020, the entire board of IRW resigned after it was discovered that they replaced a disgraced trustee who called Israelis the "grandchildren of monkeys and pigs" with a man "who labelled terrorists 'heroes' and described Israel as the Zionist enemy."[24] The new trustee described members of Hamas as "'great men' who responded to the 'divine and holy call of the Muslim Brotherhood.'"[25]

In Gaza, Islamic Relief "openly works with proxy organizations" for Hamas.[26] IRW was also a founding organization of The Union of Good,[27] an organization designated by the U.S. as an "organization created by Hamas leadership to transfer funds to the terrorist organization."[28]

In addition to elicit support for terrorist organizations through funding, IRW also has several staff members, including the founders, with alleged ties to the Muslim Brotherhood and other organizations that are banned from operating in several countries – either due to links to terrorism or suspected funneling of money to terrorist organizations. During a 2016 interview, one of IRW's founders discussed its work with Gaza Zakat Committee, a charitable organization that works closely with Hamas and is managed by a prominent Hamas preacher.[29]Another co-founder of IRW and former trustee was a member of the Muslim Brotherhood and adviser to the president of Egypt on foreign relations and international cooperation.[30] Issam Al-Bashir, a former director of IRW is also a member of the European Council for Fatwa and Research ECFR, which is an umbrella organization for Muslim Brotherhood's religious opinions in Europe.[31] In

---

[21] *HSBC Cuts Ties with UK Islamic Charity Over 'Terror' Fears*, THE ECONOMIC TIMES (Jan. 3, 2016), https://economictimes.indiatimes.com/news/international/business/hsbc-cuts-ties-with-uk-islamic-charity-over-terror-fears/articleshow/50427438.cms?from=mdr#.

[22] Hearing Transcript, H. Comm. on Oversight and Government Reform, The Muslim Brotherhood's Global Threat, Serial No. 115-90, July 11, 2018, https://docs.house.gov/meetings/GO/GO06/20180711/108532/HHRG-115-GO06-Transcript-20180711.pdf.

[23] Islamic Relief Worldwide, U.S. Dept. of State (Dec. 30, 2020), https://2017-2021.state.gov/islamic-relief-worldwide/.

[24] Andrew Norfolk, *Entire board resigns at Islamic Relief Worldwide*, THE TIMES (Aug. 22, 2020), https://www.thetimes.com/world/europe/article/entire-board-resigns-at-muslim-charity-tnktpgb2g.

[25] *Id.*

[26] Sam Westrop, *Terror-Charity Lobbyists are Subsidized by U.S. Taxpayers*, NATIONAL REVIEW (May 13, 2020), https://www.nationalreview.com/2020/05/terror-charity-lobbyists-subsidized-by-us-taxpayers/.

[27] Steve Merley, The Union of Good: A Global Muslim Brotherhood Hamas Fundraising Network, The NEFA Foundation (Jan. 19, 2009), https://www.globalmbwatch.com/wp-content/uploads/2013/04/27722114-The-Union-of-Good-A-Global-Muslim-Brotherhood-Hamas-Fundraising-Network-NEFA-Foundation.pdf#page=25.

[28] U.S. Dept. of Treasury, Treasury Designates the Union of Good (Nov. 12, 2008), https://home.treasury.gov/news/press-releases/hp1267.

[29] Sam Westrop, *Islamic Relief: Charity, Extremism & Terror*, MIDDLE EAST FORUM (June 20, 2018), https://www.meforum.org/islamic-relief-charity-extremism-terror-7403.

[30] Opinion No. 42/2019 concerning Essam El-Haddad and Gehad El-Haddad (Egypt), United Nations Human Rights Council – Working Group on Arbitrary Detention (Oct. 3, 2019) https://www.ohchr.org/sites/default/files/Documents/Issues/Detention/Opinions/Session85/A_HRC_WGAD_2019_42_AdvanceEditedVersion.pdf.

[31] Issam El-Bashir, THE GLOBAL MUSLIM BROTHERHOOD DAILY WATCH (last accessed Sep. 20, 2024), https://www.globalmbwatch.com/issam-el-bashir/.

Attachment 1 – Appendix

December 2019, Al-Bashir was arrested in Sudan for money laundering, abuse of power, and abuse of the Sudan Ministry of Religious Affairs and Endowments' properties.[32]

### **Conclusion**

IRUSA's connections to and funding of IRW raises major concerns. Israel, the U.S. State Department, and others have recognized IRW and its networks for what they are, yet tax-exempt dollars continue to flow through IRUSA and to IRW. IRUSA's funding of IRW with millions of tax-exempt dollars does not advance its stated tax-exempt purpose. Given IRW's activities and IRUSA's decisions to continue funding IRW, the IRS should revoke IRUSA's tax-exempt status. Please see the exhibits below for numerous examples of activity that fails to advance any tax-exempt purpose.

---

[32] *Sudanese authorities arrest Bashir's former religious advisor*, MIDDLE EAST MONITOR (Dec. 5, 2019), https://www.middleeastmonitor.com/20191205-sudanese-authorities-arrest-bashirs-former-religious-advisor/.

Attachment 1 – Appendix

Attachment 2 – Exhibits

# **Exhibit 1**



## Switzerland condemns all forms of racism and antisemitism

Over the past few years, the Swiss Agency for Development and Cooperation has implemented projects with Islamic Relief Worldwide. Due to the fact that the NGO has been criticised for previous anti-Semitic statements, the FDFA has analysed the situation. The review concludes that the management of the organisation has reacted quickly and distanced itself from antisemitic statements. The joint projects have been operationally completed.

21.08.2020                                                                    ( Development and Cooperation )   ( Peace and human rights )

*Key Excerpts:*
- "The aid agency is one of the leading Islamic relief organisations today, specialising in humanitarian support in crisis-affected areas. Although **IRW** describes itself as non-political, it has been accused of having links to radical Islamic groups. In recent weeks, criticism has also been levelled against the organisation because of antisemitic comments posted by an **IRW** trustee on his Facebook account in 2014/15."
- "The antisemitic comments made by an **IRW** trustee in 2014/15 are unacceptable. After being made aware of the situation, **Islamic Relief** responded immediately and clearly distanced itself from such remarks and the person in question, who duly resigned from all his offices."

*Link:*
https://www.eda.admin.ch/eda/en/fdfa/fdfa/aktuell/newsuebersicht/2020/08/islamic-relief.html

Attachment 2 – Exhibits

# **Exhibit 2**



# List of groups designated terrorist organisations by the UAE

The UAE Cabinet has a approved a list of 83 designated terrorist organisations following the implementation of the Federal Law No. 7.

*Key Excerpts:*
- "The following list of organistations deemed terrorist has been approved by the Cabinet:
  - Islamic Relief Worldwide (IRW) of the Global Muslim Brotherhood.
  - Islamic Relief UK."

*Links:*
https://www.thenationalnews.com/uae/government/list-of-groups-designated-terrorist-organisations-by-the-uae-1.270037

Attachment 2 – Exhibits

# **Exhibit 3**



## Banking sector nerves blocking international relief, says Islamic Relief FD

08 Nov 2012 News

Islamic Relief has recently had its bank account closed by UBS, and is under constant scrutiny by other banks due to nervousness about counter-terrorist regulations, the charity's director of finance told an audience of international charity regulators yesterday.

*Key Excerpts:*
- "**Islamic Relief** has recently had its bank account closed by UBS, and is under constant scrutiny by other banks due to nervousness about counter-terrorist regulations, the charity's director of finance told an audience of international charity regulators yesterday."
- "One such example he offered was UBS, which not only closed **Islamic Relief's** account, but blocked donations coming from its customers to the charity."

*Links:*
https://www.civilsociety.co.uk/news/banking-sector-nerves-blocking-international-relief--says-islamic-relief-fd.html

Attachment 2 – Exhibits

# **Exhibit 4**



# Terror fear makes HSBC cut ties to Muslim charity

*Key Excerpts:*
- "HSBC has ended its banking links with Britain's biggest government-funded Muslim charity, **Islamic Relief**, amid concerns that cash for aid could end up with terrorist groups abroad."
- "The Israeli government banned **Islamic Relief** from the West Bank in 2014, accusing it of funneling money to Hamas, which Israel, America and the EU regard as a terrorist group."

*Links:*
https://www.thetimes.com/article/terror-fear-makes-hsbc-cut-ties-to-muslim-charity-fgm5d796mlr

Attachment 2 – Exhibits

# **Exhibit 5**



## As Rohingya Flee Myanmar, Bangladesh Bans Three Muslim Aid Groups

October 20, 2017

*Key Excerpts:*
- "Last Thursday, October 12, Bangladesh's NGO Affairs Bureau banned three Islamic charity organizations—Muslim Aid, **Islamic Relief**, and the Allama Fazlullah Foundation—from working with the refugees. Authorities said that they have been screening all incoming organizations, but cited their decision to bar the three Islamic organizations as a preventative measure against potential radicalization in the camps."

*Links:*
https://web.archive.org/web/20180307212543/https://rlp.hds.harvard.edu/news/rohingya-flee-myanmar-bangladesh-bans-three-muslim-aid-groups