# EXHIBIT B



**FOR THE ATTENTION OF: ARTHUR D. MIDDLEMISS**
Lewis Baach Kaufmann Middlemiss PLLC

SENT VIA E-MAIL ONLY

31 July 2025

Dear Mr Middlemiss,

**RE: BREACH AND TERMINATION OF GRANT AGREEMENTS**

Thank you for your letter of 18 July 2025.

Please note that Ms Bugtay is employed as a Regional Programmes Coordinator. She is not based in Afghanistan. Her role involves supporting country programme operations in Afghanistan and two other countries in Asia. Her line manager is our Head of Region for Asia who in turn is line managed by our Director of International Programmes who is answerable to our Board of Trustees. All sanctions related matters are dealt with at this senior level.

Miss Bugtay has day to day discussions with her counterparts at IRUSA on programmatic matters and relies on information from other colleagues. Miss Bugtay was informed that the equipment to implement this project (180 overlock sewing machines (zigzag model)) were stuck at the Iranian border. She interpreted this to mean that the items were being sourced from Iran. Unfortunately, this was factually incorrect which has led to the confusion.

With reference to the procurement process, the information we have is as follows:

**1. Local Procurement Process**

Islamic Relief Afghanistan followed a local procurement process by announcing a tender within Afghanistan. We understand that they contracted with a supplier based in Afghanistan, not Iran or anywhere else. The tender document stipulated that the machines to be procured must be Chinese made.

**2. Previously Distributed Machines – Sourced Locally**

The initial batch of zigzag machines, which were already distributed to the beneficiaries, consisted of Chinese-made machines sourced from the supplier's existing stock in Herat, Afghanistan. These items were procured, received, and distributed within the project's implementation period and purchased from within Afghanistan.



19 Rea Street South
Birmingham B5 6LB
United Kingdom

tel  0121 605 5555
email  irw@irworldwide.org

www.islamic-relief.org

Registered Charity No. 328158    Company No. 2365572



**3. Product Origin of Second Batch – Made in China for the Turkish Market**

The second batch consisted of Chinese-made machines manufactured for the Turkish market. These machines differ in style from the earlier batch but were not procured from Turkey. The supplier was unable to secure these from the local market within Afghanistan and therefore, secured these directly from China and arranged for transportation from China by land, through Iran, to Herat in Afghanistan.

The second batch of 105 zigzag machines, which the supplier imported from China via Iran, were delayed in transit at the border, leading to a delay in the implementation of the project. These machines were not to be distributed until consent was obtained from your client. Miss Bughtay wrote to her counterpart on 24 June 2025 to formally request this consent. IRW therefore specifically asked for consent to distribute these items as Miss Bugtay stated *"These machines arrived today in Herat and the team is requesting permission to distribute these to rightsholders. There would be no cost on the project for this distribution as this will be done by Herat office staff from other ongoing projects."*

To date, no consent has been obtained from your client in relation to these Chinese made and sourced machines therefore the project has been unable to proceed any further. Based on the facts which we have outlined, there does not appear to be a sanctions breach as alleged.

We will revert to you in relation to your claims of 'multiple-fraud related matters,' when we have concluded our investigations. We anticipate this will be within the next 21 days.

Yours sincerely

Signed by:

*Hussein Osman*

844C34F393B94F2...

Hussein Osman
General Counsel
hussein.osman@irworldwide.org



**Islamic Relief Worldwide**

19 Rea Street South
Birmingham B5 6LB
United Kingdom

tel  0121 605 5555
email  irw@irworldwide.org

www.islamic-relief.org

Registered Charity No. 328158    Company No. 2365572