# EXHIBIT C



**<u>FOR THE ATTENTION OF: ARTHUR D. MIDDLEMISS</u>**

Lewis Baach Kaufmann Middlemiss PLLC

SENT VIA E-MAIL ONLY

2 October 2025

Dear Mr Middlemiss,

**<u>RE: GRANT AGREEMENTS</u>**

Thank you for your letter of 7 August 2025.

We do not accept breach of these Grant Agreements (or any other agreement between IRW and IRUSA) in relation to sanctions.

In light of the issues you have raised in relation to the sewing machines in question (being the second batch of Zigzag machines referred to at point 3 of our letter of 30 July 2025) and the lack of response from IRUSA to our specific request to proceed as per Miss Bughtay's e-mail of 24 June 2025:

1. We have not taken delivery of these machines.

2. We will refund to IRUSA (via the normal offsetting procedures followed by the organisations) the amount at issue which is $28,443 (AFN 18,500 x 105 machines = AFN 1,942,500 = $28,443).

In the past, when faced with sanctions issues, the two organisations have worked collaboratively to resolve matters. IRUSA's failure in this instance to provide any details as to the issue in question, despite numerous requests from us for IRUSA to do so, until you provided us with quite limited information, has resulted in wasted time and effort. This is an issue that could have been resolved through a formal request to OFAC after explaining the circumstances.

To the extent that IRUSA considers that a notification to OFAC should be made in respect of these 105 machines, this should clearly be done on a joint basis. Please let us know if IRUSA would like to do so, and we would be happy to work together in a constructive manner.

We will also respond separately to the other issues raised in your letters of 10 July 2025 and 19 September 2025 respectively shortly.

Yours sincerely

Signed by:

*Hussein Osman*

844C34F393B94F2...

Hussein Osman
General Counsel
E-mail: hussein.osman@irworldwide.org



19 Rea Street South
Birmingham B5 6LB
United Kingdom

tel  0121 605 5555
email  irw@irworldwide.org

www.islamic-relief.org

Registered Charity No. 328158    Company No. 2365572