# EXHIBIT D



Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

September 19, 2025

**<u>VIA EMAIL</u>**
Hussein Osman, General Counsel
Islamic Relief Worldwide
19 Rea St. South
Birmingham, B5 6LB
United Kingdom

      **Re:   Audit of Afghanistan Projects**

Dear Mr. Osman:

      This letter will notify you of Islamic Relief USA's ("IRUSA") exercise of its right pursuant to Section X of the grant agreements entered into with Islamic Relief Worldwide ("IRW") to conduct audits of four (4) IRUSA grants to IRW for projects in Afghanistan. These grants include (1) the Humanitarian Response to Food Insecurity Crisis in Afghanistan, (2) the Health Education and Livelihood Program, (3) the Women Entrepreneurship (WE) Project, and (4) the Emergency Assistance and Early Recovery Support to Earthquake-Affected Communities in Herat Province, Afghanistan.

      You are required per Sections X(C), (D), (E) and (F) of the grant agreements to maintain records, provide the necessary assistance or cooperation requested by our representatives in conducting such audit, and to make available the records for examination.

      We look forward to your cooperation.

                    Sincerely,

                    Arthur D. Middlemiss