# EXHIBIT F



**FOR THE ATTENTION OF: ARTHUR D. MIDDLEMISS**

Lewis Baach Kaufmann Middlemiss PLLC

SENT VIA E-MAIL ONLY

10 October 2025

Dear Mr Middlemiss,

**RE: ALLEGED BREACH AND TERMINATION OF GRANT AGREEMENTS**

Further to our letters of 2 October 2025, and for the reasons set out below, there is no basis to assert that we have been "grossly negligent" or "reckless" nor that the contract can be terminated on the grounds alleged given that the misunderstandings at issue have now been clarified and any remaining issues should be addressed in discussions on a programmes-to-programmes basis.  Accordingly, there is no dispute.

The position is as follows:

1.  **Alleged Sanctions Breach –** IRUSA initially insinuated a breach of US sanctions. However, your letter of 2 October 2025 states, *"IRW's breaches of the Grant Agreements did not result in a violation of sanctions laws. As a result, based on the current facts, IRUSA does not believe a report to OFAC is required."* The IRUSA demand was for a return on funds which we have formally agreed to do.

2.  **Wider Breach Allegations –** IRUSA alleged breaches due to alleged fraud and referenced cases 2024-01-00002, 00003, 00007, 0008, 0018, and 000032. We have already explained that these cases do not relate to the two projects which you have referenced and do not even relate to any of your client's funds therefore have no impact on your client's funds.

3.  **CEO-to-CEO engagement –** Your letter of 2 October 2025 states that, *"we do not view IRW's response and apparent unwillingness to engage in CEO-to-CEO level discourse as acting in good faith"*. An e-mail was sent by the IRUSA CEO on 23 September 2025 to Nadeem Malik at Nadeem.Malik@had-int.org. Mr Malik replied on 27 September 2025 and stated *"Thank you for your email. I have not assumed office yet and once I have will review the situation and consider best next steps thereafter."*  In other words, IRUSA CEO sent an e-mail to Mr Malik at a time when he was not even CEO asking for a meeting to which Mr Malik correctly pointed out the obvious error. We do not understand how this can be construed as 'unwillingness' or not acting in "good faith" as you allege.



19 Rea Street South
Birmingham B5 6LB
United Kingdom

tel  0121 605 5555
email  irw@irworldwide.org

www.islamic-relief.org

Registered Charity No. 328158     Company No. 2365572



We would welcome dialogue to resolve any concerns that may remain on the part of IRUSA. However, the parties have not even engaged on a programmes-to-programmes basis post Miss Bughtay's e-mail of 24 June 2025. We believe that this is where continued dialogue in relation to this project should continue.

The parties have a long history of collaboration and engagement to address our mutually shared challenges at a local and international level, and this must continue.

Yours sincerely

Signed by:

*Hussein Osman*

844C34F393B94F2...

Hussein Osman
General Counsel
E-mail: hussein.osman@irworldwide.org



19 Rea Street South
Birmingham B5 6LB
United Kingdom

tel  0121 605 5555
email  irw@irworldwide.org

www.islamic-relief.org

Registered Charity No. 328158    Company No. 2365572