# EXHIBIT G



JASON SMITH
MISSOURI,
*CHAIRMAN*

MARK ROMAN, STAFF DIRECTOR
(202) 225–3625

RICHARD E. NEAL
MASSACHUSETTS,
*RANKING MEMBER*

BRANDON CASEY, STAFF DIRECTOR
(202) 225–4021

# U.S. House of Representatives

### COMMITTEE ON WAYS AND MEANS
#### 1139 LONGWORTH HOUSE OFFICE BUILDING
#### Washington, DC 20515

October 6, 2025

The Honorable Scott Bessent
Acting Commissioner
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

The Honorable Frank Bisignano
Chief Executive Officer
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

Acting Commissioner Bessent and Mr. Bisignano:

I write to request that the Internal Revenue Service ("IRS") prioritize examinations into the tax-exempt status of tax-exempt organizations previously referred to the IRS for revocation during the 118th Congress.[1] In light of the anniversary of the October 2023 violent attack on Israel, along with recent acts of political violence and the continued disruptive activities of previously identified organizations that have been sowing chaos in the United States and have links to designated foreign terrorist groups, it is imperative that action is taken to ensure tax-exempt groups are operating within their tax-exempt purpose.

From the international funding sources and activities of tax-exempt entities in the U.S., and the role of certain organizations in fostering antisemitism on college campuses, the Committee has remained steadfast in ensuring that all tax-exempt organizations are abiding by their exempt status.[2] In September 2024, the Committee on Ways and Means ("the Committee")

---

[1] H. Comm. on Ways and Means, *Ways and Means Chairman Smith Demands IRS Revoke Tax-Exempt Status of Organizations Fueling Chaos, Illegal Conduct, and Antisemitic Activity in the U.S., Including those with Possible Ties to Terrorist Networks* (Sept. 24, 2024), https://waysandmeans.house.gov/2024/09/24/ways-and-means-chairman-smith-demands-irs-revoke-tax-exempt-status-of-organizations-fueling-chaos-illegal-conduct-and-antisemitic-activity-in-u-s-including-those-with-possible-ties-to-terrorist-ne/.

[2] Letter from Jason Smith et al., Chairman, H. Comm. on Ways and Means, *Request for Information: Understanding and Examining the Political Activities of Tax-Exempt Organizations under Section 501 of the Internal Revenue Code* (Aug. 14, 2023), https://gop-waysandmeans.house.gov/wp-content/uploads/2023/09/UPDATED-RFI-on-501c3-and-c4-Activities-FINAL.docx87.pdf; Press Release, H. Comm. on Ways and Means, Ways and Means Chairman Smith Demands IRS Revoke Tax-Exempt Status of Organizations Fueling Chaos, Illegal Conduct, and Antisemitic Activity in U.S., including those with Possible Ties to Terrorist Networks (Sep. 24, 2024), https://waysandmeans.house.gov/2024/09/24/ways-and-means-chairman-smith-demands-irs-revoke-tax-exempt-status-of-organizations-fueling-chaos-illegal-conduct-and-antisemitic-activity-in-u-s-including-those-with-possible-ties-to-terrorist-ne/.

Letter to the Honorable Scott Bessent and the Honorable Frank Bisignano
October 6, 2025
Page 2

sent seven letters to the IRS requesting that the IRS investigate and revoke the tax-exempt status of the referenced organizations, while also highlighting the tax-exempt organizations' ties to Foreign Terrorist Organizations, support of illegal activity in America, and failure to operate for stated exempt purposes.[3] Some of the organizations, such as Americans for Justice in Palestine Educational Foundation, American Muslims for Palestine, and Islamic Relief USA, are suspected of having terrorist ties to groups like Hamas, using those ties to actively support and funnel resources in support of terrorism. Other groups like the Alliance for Global Justice, WESPAC Foundation, and Tides Foundation instead fiscally sponsor projects that disrupt college campuses, incite violence and intimidation, and illegal riot across the United States—prominent projects include Students for Justice in Palestine and Samidoun. Together, this evidence strongly supported referring the groups to the IRS for revocation of their tax-exempt status.

As a stark example of just how troublesome the organizations' behavior is, just a few weeks after the Committee sent the revocation letters to then-Commissioner Daniel Werfel, the Department of Treasury designated Samidoun as a terrorist organization that serves as an international fundraiser for the Popular Front for the Liberation of Palestine, a Foreign Terrorist Organization.[4] The Committee referred Samidoun's tax-exempt fiscal sponsor, the Alliance for Global Justice, to the IRS for revocation of their tax-exempt status on September 24, 2024.[5] In addition to fiscally sponsoring a group with ties to a Foreign Terrorist Organization, Samidoun also fiscally sponsors other groups sowing chaos within the United States such as Popular Resistance and several bail funds which have a history of releasing criminals, Antifa activists, and suspects rearrested for allegedly committing additional crimes, including murder.[6] As the fiscal sponsor of groups responsible for wreaking havoc in the United States and a Treasury-sanctioned organization with ties to a Foreign Terrorist Organization,[7] the Alliance for Global Justice should not have tax-exempt status in the United States.

Additionally, in June 2024, the Committee sent a letter to the IRS demanding revocation of People Media Project's tax-exempt status after it was reported that a "journalist" for *The Palestine Chronicle*—People Media Project's publicly known name—was a terrorist and actively held Israeli hostages in his home on behalf of Hamas.[8] As we've previously highlighted, terrorist

[3] *Id;* See also Enclosure attached.

[4] H. Comm. on Ways and Means, *Treasury Sanctions Sham Charity for Terrorist Ties Following Ways and Means Investigation* (Oct. 14, 2024), https://waysandmeans.house.gov/2024/10/16/treasury-sanctions-sham-charity-for-terrorist-ties-following-ways-and-means-investigation/; Foreign Terrorist Organizations, U.S. Dept. of State (last accessed Sep. 19, 2025), https://www.state.gov/foreign-terrorist-organizations.

[5] H. Comm. on Ways and Means, *Ways and Means Chairman Smith Demands IRS Revoke Tax-Exempt Status of Organizations Fueling Chaos, Illegal Conduct, and Antisemitic Activity in the U.S., Including those with Possible Ties to Terrorist Networks* (Sept. 24, 2024), https://waysandmeans.house.gov/2024/09/24/ways-and-means-chairman-smith-demands-irs-revoke-tax-exempt-status-of-organizations-fueling-chaos-illegal-conduct-and-antisemitic-activity-in-u-s-including-those-with-possible-ties-to-terrorist-ne/.

[6] Alliance for Global Justice, Influence Watch (last accessed Sep. 26, 2025), https://www.influencewatch.org/non-profit/alliance-for-global-justice/; Sarah Lee, *Eliminating Consequences: "Bail Disrupters,"* Capital Research Center (Feb. 10, 2022), https://capitalresearch.org/article/eliminating-consequences-part-1/.

[7] Foreign Terrorist Organizations, U.S. Dept. of State (last accessed Sep. 19, 2025), https://www.state.gov/foreign-terrorist-organizations.

[8] H. Comm. on Ways and Means, *Chairman Smith Demands Revocation of Tax-Exempt Status for U.S.-Based Media Organization Employing Hostage-Taker in Gaza* (June 10, 2024),

Letter to the Honorable Scott Bessent and the Honorable Frank Bisignano
October 6, 2025
Page 3

organizations cannot maintain tax-exempt status.[9] Specifically, charitable organizations under 501(c)(3) are subject to the requirement that their purposes and activities cannot be illegal or contrary to public policy.[10] For example, the IRS previously revoked the tax-exempt status of organizations suspected of supporting terrorist organizations under the notion that providing material support to terrorist organizations is illegal.[11] In these cases, the IRS revoked the organization's tax-exempt status after public reporting suggested that the organization provided material support to a terrorist organization, and the non-profit did not show that it directed its funding exclusively for charitable purposes—as required under the IRC.[12] Public reporting suggests that People Media Project is circumventing its tax-exempt charitable purpose through its support of the foreign terrorist organization Hamas.[13]

On September 4, 2025, the Committee sent a letter to The People's Forum, a tax-exempt organization under Internal Revenue Code 501(c)(3), demanding certain records regarding their ties to China.[14] The letter highlighted The People Forum's connections to Neville Roy Singham, a former United States technology mogul who now resides in Shanghai and is closely aligned with the Chinese Communist Party ("CCP").[15] The People's Forum has been responsible for an endless amount of chaos and disruption around the country, some of which have led to violence[16] The People's Forum has also participated in the recent anti-Immigration and Customs

---

https://waysandmeans.house.gov/2024/06/10/chairman-smith-demands-revocation-of-tax-exempt-status-for-u-s-based-media-organization-employing-hostage-taker-in-gaza/; Ohad Merlin, *Did Gazan who held Israeli hostages work for Al Jazeera and US-based charity?* THE JERUSALEM POST (June 9, 2024), https://www.jpost.com/israel-hamas-war/article-805525; Ronny Reyes, *Gaza journalist who wrote for Al Jazeera was holding 3 hostages in home with family, Israel says*, NEW YORK POST (June 9, 2024), https://nypost.com/2024/06/09/world-news/gaza-journalist-held-3-hostages-in-his-home-with-his-family-israeli-military-says/.

[9] Justin Chung, *Suspending the Tax-Exempt Status of Terrorist and Terrorist Supporting Organizations: H.R. 6408 in Context*, CONGRESSIONAL RESEARCH SERVICE (June 7, 2024), https://crsreports.congress.gov/product/pdf/LSB/LSB11176.

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] Foreign Terrorist Organizations, U.S. Dept. of State (last accessed Sep. 19, 2025), https://www.state.gov/foreign-terrorist-organizations.

[14] H. Comm. on Ways and Means, *Chairman Smith Exposes U.S. Nonprofit as Likely CCP-Funded Propaganda Arm Operating Under Tax-Exempt Status* (Sept. 4, 2025), https://waysandmeans.house.gov/2025/09/04/chairman-smith-exposes-u-s-nonprofit-as-likely-ccp-funded-propaganda-arm-operating-under-tax-exempt-status/.

[15] @PeoplesForumNYC, X (Dec. 21, 2021), https://x.com/PeoplesForumNYC/status/1473312812944531457?lang=en; Mara Hvistendahl, David A. Fahrenthold, et. al., A Global Web of Chinese Propaganda Leads to a U.S. Tech Mogul, NEW YORK TIMES (Aug. 10, 2023), https://www.nytimes.com/2023/08/05/world/europe/neville-roy-singham-china-propaganda.html.

[16] Press Release, Arrest Netanyahu! Artists & Intellectuals Sign On to Letter Rejecting U.S. Visit, THE PEOPLE'S FORUM (July 21, 2024), https://peoplesforum.org/blog_post/arrest-netanyahu-artists-intellectuals-sign-on-to-letter-rejecting-visit/; Press Release, Protestor Federally Charged with Assault on Officers During the July 24 Demonstration in Washington D.C., United States Department of Justice (Oct. 10, 2024), https://www.justice.gov/usao-dc/pr/protestor-federally-charged-assault-officers-during-july-24-demonstration-washington-dc; Chris Nesi, Radical anti-Israel nonprofit urged rampaging Columbia occupiers to recreate BLM 'summer of 2020' riots, NEW YORK POST (May 5, 2024), https://nypost.com/2024/05/05/us-news/radical-anti-israel-nonprofit-urged-rampaging-columbia-occupiers-to-recreate-blm-summer-of-2020-riots/.

Letter to the Honorable Scott Bessent and the Honorable Frank Bisignano
October 6, 2025
Page 4

Enforcement riots in Los Angeles which resulted in violence and dozens of arrests[17] as well as protests in response to President Trump's strikes against Iran's nuclear program.[18]

Considering recent political violence and the continued concerning actions by the previously referred organizations with ties to official foreign terrorist organizations, it is important that the IRS takes action. These organizations have failed to operate for their tax-exempt purpose. Tax-exempt status is a privilege, not a right, and in exchange, organizations must operate for stated exempt purposes.

The Committee on Ways and Means has jurisdiction over tax policy under Rule X of the Rules of the U.S. House of Representatives, which includes entities that are tax-exempt under Title 26, Section 501 of the United States Code ("U.S.C.").[19] On September 25, 2025, President Trump issued a National Security Presidential Memorandum directing the Commissioner of the IRS "to ensure that no tax-exempt entities are directly or indirectly financing political violence or domestic terrorism" and to refer such organizations to the Department of Justice for investigation.[20] Committee Republicans are glad that the Trump Administration is taking the threat of tax-exempt entities with ties to political violence and terrorism seriously and we encourage you to prioritize examinations into the previously referred tax-exempt organizations that are attached to this letter. Committee Republicans will continue our oversight work into tax-exempt organizations to ensure that they are operating in according with their exempt status.

Thank you in advance for your time and response. If you have any questions, please contact Ways and Means Majority Committee staff at (202) 225–3625.

Sincerely,

Jason Smith
Chairman
Committee on Ways and Means

Enclosure: *Letters from Chairman Smith to the IRS Recommending Revocations of Tax-Exempt Status of Organizations Fueling Chaos, Illegal Conduct, and Antisemitic Activity in U.S., Including those with Possible Ties to Terrorist Networks*

---

[17] Hudson Crozier, Group Stoking Anti-ICE LA Riots Tied to Pro-Chinese Communist Millionaire, DAILY CALLER (June 9, 2025), https://dailycaller.com/2025/06/09/group-stoking-anti-ice-la-riots-tied-pro-chinese-communist-millionaire/.

[18] Hudson Crozier, China-Linked Protest Network Wasted No Time Rallying For Iran After Trump Strikes, DAILY CALLER (June 24, 2025), https://dailycaller.com/2025/06/24/china-linked-protest-network-rallying-iran-trump-strikes/.

[19] Rules of the House of Representatives, 119th Cong., https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf (Jan. 16, 2025).

[20] The White House, *Countering Domestic Terrorism and Organized Political Violence*, National Security Presidential Memorandum (Sep. 25, 2025), https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.