# EXHIBIT H



Eric L. Lewis
202 659 7203
eric.lewis@lbkmlaw.com

October 12, 2025

**VIA EMAIL AND COURIER**

Hussein Osman, General Counsel
Islamic Relief Worldwide
19 Rea St. South
Birmingham, B5 6LB
United Kingdom

Re: <u>Notice of Invocation of Section 6.5 of Members' Agreement</u>

Dear Mr. Osman:

As you know, this firm represents Islamic Relief USA.  Pursuant to Section 6.5 of the Members' Agreement between Islamic Relief USA  ("IRUSA") and Islamic Relief Worldwide ("IRW") ("the Agreement"), this letter is intended to provide written notice on behalf of and pursuant to the direction of the IRUSA Board of Directors to inform you of its decision that it is necessary that the Agreement be suspended immediately. The Board has determined that continued membership and/or participation as a party to the Agreement "presents an immediate threat to the reputation, integrity or operation" of IRUSA, as provided in Section 6.5.  Pursuant to Section 16.1 of the Agreement, we are also transmitting a copy of this letter by email to the Trustees of IRW as specified therein.

As set forth briefly below, events that have transpired present grave threats to the ability of IRUSA to carry out its critical mission.  That threat has increased to a breaking point in this most recent week.

As you are no doubt aware, IRUSA received a letter from the United States House of Representatives, Committee on Ways & Means, signed by its Chairman, in September of 2024, which attached a letter to the Commissioner of the Internal Revenue Service in which the Committee called for "investigation and ultimately revocation of its tax-exempt status."  The accusations against IRUSA were based solely upon its activity in funding IRW in connection with various projects.  The letter attached an Appendix, which particularized certain alleged actions, statements and connections of IRW and its leadership relating to terror finance, associations with alleged terrorist organizations, and/or antisemitic actions or statements.  It contained no statements regarding alleged wrongdoing by IRUSA other than its transmission of funding to IRW under established funding protocols.  It is clear from the letter and the appendix that the United States Government takes the view that IRUSA will be held responsible for any of the acts or statements of IRW or its leadership as long as the continued funding arrangements remain in place.

1050 K Street, NW  |  Suite 400  |  Washington, DC 20001  |  **t** 202 833 8900  |  **f** 202 466 5738

WASHINGTON    NEW YORK    LONDON

**lbkmlaw.com**

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

October 12, 2025
Page 2

IRUSA has spent extensive time and effort over the last year to demonstrate to the Ways & Means Committee that IRUSA operates autonomously and independently and that any allegations regarding IRW are irrelevant to the important activities and projects carried out by IRUSA. But IRUSA cannot and should not take on such a risk and a burden. IRUSA has expressed ongoing concerns to IRW Board Members that these allegations posed grave threats to the organization and that the removal of the tax-exempt status of the organization would be fatal to IRUSA.

As you are aware, the Trump Administration has made it a policy priority not only to review tax exemptions of charities generally, but also to commence criminal investigations into those organizations that it believes are taking actions inconsistent with United States policy. Any alleged connection whatsoever with funding terrorism, directly or indirectly, working with organizations that are believed to have connections with terrorism, or having connections with organizations viewed as expressing antisemitic views poses a clear and present danger not only to tax exempt status, but to the shutdown and prosecution of IRUSA. These risks are real and are entirely a function of the IRUSA-IRW relationship rather than any allegations of improper activities undertaken by IRUSA.

Unfortunately, the fears that IRUSA would be an organization that would be targeted as part of this announced policy have been confirmed. On October 6, 2025, the Ways & Means Committee sent another letter signed by its Chairman to Scott Bessent, the Secretary of the Treasury and Acting Commissioner of the Internal Revenue Service, and Frank Bisignano, the Chief Executive Officer of the Internal Revenue Service, demanding that IRUSA's tax-exempt status be revoked based solely on its relationship with IRW. The new letter referenced and attached the September 2024 letter and named again the same organizations, including Islamic Relief USA, and stated they "are suspected of having terrorist ties to groups like Hamas, using those ties to actively support and funnel resources in support of terrorism." This recent and consequential development has made it clear beyond question that IRUSA can no longer operate under existing arrangements and the Board is therefore compelled to exercise its right to invoke the suspension clause under Section 6.5 of the Agreement.

We should state with certainty and resolve: IRUSA has no terrorist ties to Hamas or anyone else, but the same allegations that IRUSA funds IRW and that IRW has such ties remain and directly threaten IRUSA's existence. Even if the allegations against IRW could be disproven or explained, it would not alter the course of action that must be taken. IRUSA cannot litigate those actions; it will be out of business long before there can be any resolution and, in any event, they relate to IRW and not to IRUSA. There is no feasible approach other than to separate our activities through invoking Suspension as provided in the Members' Agreement. This is not done for any improper or hidden purpose; it is a matter of survival. If IRUSA loses its ability to function or worse, it will be equally disastrous for IRW.



Accordingly, we wish to work out the mechanics of the Suspension and all further actions that will be required in this moment to assure our continued survival given the present situation and we remain ready to communicate in good faith to obtain this critical objective.


Very truly yours,

Eric L. Lewis


Cc:     Board of Directors, IRUSA
        Board of Trustees, IRW