# EXHIBIT I



**<span style="color:red">FOR THE ATTENTION OF: ARTHUR D. MIDDLEMISS</span>**
Lewis Baach Kaufmann Middlemiss PLLC

SENT VIA E-MAIL ONLY

30 October 2025

Dear Mr Middlemiss,

**RE: AUDIT OF AFGHANISTAN PROJECTS**

We refer to the above matter and with specific reference to your clients request for an audit of the two projects.

Your client appears to have initiated the process by:

1. Appointing an auditing firm.

2. Instructing the audit firm to engage with our staff in Afghanistan without any due process or engagement with IRW.

As you are aware, the contracts are with IRW and the entitlement to audit is a contractual obligation as between IRUSA and IRW.  IRUSA have not provided a copy of the Terms of Reference nor agreed a process for the audit.

In the circumstances, we have instructed our team in Afghanistan to pause any engagement with the IRUSA appointed auditors.  No audit can take place without IRW's engagement and until we have seen the Terms of Reference as well as agreed protocols around the audit.

Yours sincerely

Signed by:

*Hussein Osman*

844C34F393B94F2...

Hussein Osman
General Counsel
E-mail: hussein.osman@irworldwide.org

1