# EXHIBIT L



Eric L. Lewis
202 659 7203
eric.lewis@lbkmlaw.com

**<u>WITHOUT PREJUDICE</u>**

3 February 2026

**<u>VIA EMAIL</u>**

Leticia Jennings, Esq.
Bates Wells
10 Queen Street Place
London, EC4R 1BE
Email:  l.jennings@bateswells.co.uk

  **Re:**  **<u>IRW-IRUSA Issues</u>**

Dear Leticia:

  I had thought we had a constructive initial discussion on January 21, 2026, which focused on the existential risks that both organizations – IRUSA and IRW – face, and how to deal with them effectively in the interests of both organizations.  Indeed, with respect to that issue, we received yet another demand on 28 January 2026, the same day I received your last letter, from the State of South Carolina seeking extensive material based upon alleged "association with terror-linked groups" and citing the same allegations of the House Ways and Means Committee that relate entirely to actions allegedly taken by IRW, which they seek to ascribe to IRUSA as an affiliated entity. We understand that Florida and other states are considering similar actions.  So the risks that we face remain and will continue throughout this administration at a minimum.

  Rather than deal with these risks of regulatory actions that could destroy both organizations, you have sent a letter referring to matters that you describe as "urgent matters that need to be addressed," while yet again deferring to some unspecified time addressing what is truly urgent, with respect to which we have been seeking a prompt meeting on multiple occasions since before Christmas and which IRW again appears to wish to push off into the indefinite future.  With Ramadan coming in the next two weeks, it now appears IRW is trying to create additional weeks of delay, which we view as effectively risking the death knell, not only for IRW, but also for IRUSA, which is unacceptable to IRUSA and which, in our view, should be unacceptable to IRW, as well.

  You raise certain points in your letter regarding financial reconciliation.  You make demands for payments within seven days without even specifying what specific payments you are

1050 K Street, NW  |  Suite 400  |  Washington, DC 20001  |  **t** 202 833 8900  |  **f** 202 466 5738

WASHINGTON  NEW YORK  LONDON

**lbkmlaw.com**

seeking and what the amounts that you concede are on the other side of the ledger.  Presumably, if this was a serious request, you would particularize what amounts you think are due and the basis for such requests.  If you sincerely wish to discuss reconciliation, we are pleased to do so with specific items to be addressed in the context of the larger discussion that we have been seeking now for more than six weeks without your agreement to such a meeting.

To make such a discussion meaningful, we would need to have documentation of i) what amounts IRW has already expended on projects where you contend that IRUSA had agreed to fund such projects; ii) which projects IRW is administering where IRUSA has previously provided such funding to IRW; and iii) which projects IRW is administering where IRW has not advanced funds and which IRUSA has not provided funds for the project or the portion of the project that remains.  Such information should be readily available and would provide a concrete basis for sensible discussions of the issues between our clients.

We note that we have made multiple requests over a period of months to invoke the dispute resolution process with respect to multiple issues.  That process is mandatory and sets forth specific timeframes, which IRW has also ignored. We wish to notify you as well that we have received information that IRW has been conducting separate fundraising in the United States, which it has no right to do and we make a further request to invoke the dispute resolution process with respect to this conduct.

With respect to programs, you declare that you will not make any payments on behalf of IRUSA (including from IRUSA funds in your possession) and that you intend "to close all projects as soon as possible within 7 days of this letter."  Again, you do not specify what programs or projects you are referring to; many programs still have funding from IRUSA, so we cannot understand why you would close "all projects" within 7 days if these projects remain funded.  You also threaten liability for "all costs and losses."  This approach is unfortunate and unconstructive and your refusal to have a fact-based and across-the-board discussion harms only the beneficiaries.

The current grant agreements already stipulate the applicable payment schedules, and IRW does not have the authority to unilaterally alter those terms. Any attempt to impose a requirement that payments be made "in full and in advance" would be a breach of each individual grant agreement. This is in addition to the grant agreements under which IRW has already failed to refund amounts due to IRUSA.

Again, we remain eager and willing to have detailed discussions on the multiple issues that you raise, including financial issues, with the appropriate officials, and/or to commence the dispute resolution process with a specific agreed agenda at the soonest possible time.  We would prefer this to occur prior to Ramadan, but are willing to meet during Ramadan, despite the inconvenience.  We would request your substantive response to this letter with specific suggested dates and agreement to a comprehensive meeting of principals no later than close of business GMT Monday,



February 9, 2026.  Failing such a response, we will be forced to conclude that your client has no serious interest in resolving these issues and proceed accordingly.

Very truly yours,

Eric L. Lewis