**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISLAMIC RELIEF USA, | |
| *Plaintiff*, | Civil Action No. 1:26-cv-02367-PAE |
| *v.* | |
| ISLAMIC RELIEF WORLDWIDE, INC., | **Hearing Requested** |
| *Defendant*. | |

**DEFENDANT ISLAMIC RELIEF WORLDWIDE, INC.'S NOTICE OF**
**RENEWED MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Caleb Hayes-Deats and the attached exhibits, and all prior pleadings and proceedings in this case, Defendant Islamic Relief Worldwide, Inc. will move this Court for an order compelling arbitration under 9 U.S.C. §§ 2-4, 202-208.

PLEASE TAKE FURTHER NOTICE that Defendant respectfully requests that oral argument on these motions be held on a date and at a time designated by the Court.

1

Dated: June 4, 2026

Respectfully Submitted,

*/s/ Caleb Hayes-Deats*
Abbe David Lowell
Caleb Hayes-Deats
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com

*Attorneys for IRW*