**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISLAMIC RELIEF USA, <br><br>     *Plaintiff*, <br><br>  *v.* <br><br> ISLAMIC RELIEF WORLDWIDE, INC., <br><br>     *Defendant*. | Civil Action No. 1:26-cv-02367-PAE <br><br><br> **Hearing Requested** |

**DECLARATION OF CALEB HAYES-DEATS IN SUPPORT OF DEFENDANT'S**
**RENEWED MOTION TO COMPEL ARBITRATION**

   I, Caleb Hayes-Deats, declare under 28 U.S.C. § 1746 that:

   1.  I am an attorney with the law firm Lowell & Associates, PLLC.  I represent Defendant Islamic Relief Worldwide, Inc. ("IRW"), in this action.  I submit this declaration in support of Defendant's Renewed Motion to Compel Arbitration.  If called upon to do so, I could and would competently testify as follows:

   2.  Attached as **Exhibit 1** is a true and complete copy of the Members' Agreement between IRW and Islamic Relief USA ("IRUSA") dated December 14, 2019, which was attached as Exhibit A to IRUSA's original complaint.  ECF 1-1.

   3.  Attached as **Exhibit 2** is a true and complete copy of the License Agreement between IRW and IRUSA dated December 20, 2020, which was attached as Exhibit B to IRUSA's original complaint.  ECF 1-2.

   4.  Attached hereto as **Exhibit 3** is a true and complete copy of a letter from IRW to IRUSA, dated January 28, 2025.

   5.  Attached hereto as **Exhibit 4** is a true and complete copy of a letter from IRUSA's outside counsel to IRW, dated July 10, 2025.

   6.  Attached hereto as **Exhibit 5** is a true and complete copy of a letter from IRW's outside counsel in the U.K. to IRUSA's outside counsel dated February 17, 2026.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026

/s/ Caleb Hayes-Deats
Caleb Hayes-Deats
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
chayes-deats@lowellandassociates.com

*Attorney for IRW*

2