

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116

Caleb Hayes-Deats
chayes-deats@lowellandassociates.com

June 4, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Islamic Relief USA v. Islamic Relief Worldwide*, No. 1:26-cv-2367 (PAE)
Request for Oral Argument

Dear Judge Engelmayer:

We represent Defendant Islamic Relief Worldwide ("IRW") in the above-captioned lawsuit. We write pursuant to this Court's Rule 3(J) to respectfully request oral argument on IRW's renewed motion to compel arbitration, ECF 19.  This motion concerns important and sensitive issues that IRW believes would benefit from oral argument.

We thank Your Honor for considering this request.

Sincerely,

Caleb Hayes-Deats
Lowell & Associates, PLLC

cc:    Arthur D. Middlemiss
Marc F. Scholl
Lewis Baach Kaufmann Middlemiss PLLC
*Counsel for Plaintiff*