UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISLAMIC RELIEF USA,

                                    Plaintiff,

                -v-

ISLAMIC RELIEF WORLDWIDE, INC.,

                                    Defendant.

26 Civ. 2367 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today heard argument on the pending motion to compel arbitration by defendant Islamic Relief Worldwide, Inc. Dkt. 19. The Court notified counsel that the motion strongly appears meritorious.

At counsels' joint request, however, the Court agreed—rather than resolving the motion at this time—to first order the parties to pursue the dispute resolution mechanisms that sections 8.1 and 8.2 of the parties' Member Agreement and sections 1.27 and 1.28 of the parties' License Agreement state are to be pursued prior to arbitration. See Dkts. 21-1, 21-2.

The Court accordingly stays this litigation and directs the parties to pursue those dispute resolution mechanisms forthwith, consistent with the timetables set out in the Agreements. The Court directs the parties, at the conclusion of these efforts, to submit a joint letter stating whether the matter has been resolved. In the event the Court receives notice that the matter has not been resolved, the Court will resolve the pending motion.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2026
       New York, New York